IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CIVIL ACTION NO. 10 CV 424

MICHAEL MACKO and DISASTER )
MITIGATION COMPANY, )
                                                    )
      Plaintiffs, )
                                                      )
v. )
                                                    ) **NOTICE OF APPEARANCE**
DISASTER MASTERS, INC. and )
RON ALFORD, )
                                                    )
      Defendants.
*******************************

Undersigned counsel hereby gives notice of his appearance as counsel for Defendants in the above referenced action.

Respectfully submitted this the 6th day of August, 2010.

                                         /s/ B. Ervin Brown, II
                                         State Bar no. 558
                                         1014 W. Fifth Street
                                         Winston Salem, NC 27101
                                         (336) 723-7966
                                         Attorney for Defendants
                                         beb@ervinbrownlaw.com

**CERTIFICATE OF SERVICE**

I hereby declare that on August 6, 2010 I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Neil C. Jones, Paul J. Osowski, Mark A. Stafford, and Daniel Taylor.

/s/ B. Ervin Brown, II
Attorney Bar number 558
1014 W. Fifth Street
Winston Salem, NC 27101
Attorney for Plaintiffs
Phone (336) 723-7966
E-mail: beb@ervinbrownlaw.com