IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL MACKO and<br>DISASTER MITIGATION COMPANY<br><br>    Plaintiffs,<br><br>v.<br><br>DISASTER MASTERS, INC. and<br>RON ALFORD<br><br>    Defendants. | 1:10CV424 |

## AMENDED ORDER

**THIS CAUSE** coming to be heard and being heard by the undersigned; and the undersigned being of the opinion that good cause exists for granting the parties' Joint Motion to Stay.

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Scheduling Order shall be stayed, and the parties shall make a report back to the court following the decision of the arbitrator. This Stay shall not apply to the pending Motion to Dissolve the Preliminary Injunction and associated relief.

This the 8th day of November 2011.

                                          _/s/ William L. Osteen, Jr._
                                          United States District Judge